1  SCOTT N. SCHOOLS
   United States Attorney
2
   Attorney for Plaintiff
3
4
5
6
7



FILED

2007 DEC 3  A 11: 07

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S J

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                   SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | No. CR 07-00506 |
|                            )  | No. CR 07-00508 |
|            Plaintiff,      )  | |
|                            )  | **PENALTY ENHANCEMENT PURSUANT** |
|         v.                 )  | **TO TITLE 21, UNITED STATES CODE,** |
|                            )  | **SECTIONS 841(b)(1)(B) AND 851** |
| DAVID RAY HERNANDEZ,       )  | |
|       aka "SHAGGY"         )  | |
|                            )  | |
|            Defendant.      )  | |

INFORMATION

The United States Attorney charges:

   Pursuant to Title 21, United States Code, Sections 841(b)(1)(B) and 851, that at the time of the offenses charged against defendant DAVID RAY HERNANDEZ in the above-captioned indictments, he previously had been convicted of felony drug offenses, which convictions were final, as follows:

   1.   On or about 02/02/2000 in San Benito County Superior Court, Docket Number: CR9937444, the defendant was convicted of California Health & Safety Code Section 11378, and was sentenced to 36 months probation, 120 days imprisonment.

INFORMATION

1      2.    On or about 05/28/2003 in Santa Clara County Superior Court, Docket Number: F9987223, the defendant was convicted of California Health & Safety Code Section 11377(A), and sentenced to 60 days probation, 60 days imprisonment.

    3.    On or about 01/10/2007 in San Benito County Superior Court, Docket Number: CR0600784, the defendant was convicted of California Health & Safety Code Sections 11378 and 11359, and sentenced to 32 months imprisonment.

    By reason of his conviction on any of the above-listed charges, the defendant is subject to increased punishment as prescribed by Title 21, United States Code, Section 841(b)(1)(B), that is, a 10-year mandatory minimum prison sentence, a maximum prison sentence of life, a maximum fine of $4,000,000, and a maximum supervised release term of life (minimum: 8 years).

DATED: December 3, 2007

SCOTT N. SCHOOLS  
United States Attorney

_____  
MATTHEW A. PARRELLA  
Chief, San Jose Office

(Approved as to form: /s/ )  
AUSA O'CONNELL

INFORMATION

2