UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| Judge: James Ware | Courtroom Deputy: Elizabeth Garcia |
| Date: 12/3/2007 | Court Reporter: Summer Clanton |
| Case No: CR-07-0506 JW | U.S. Probation Officer: N/A |
| Related Case: CR 07-0508 JW | Interpreter: N/A |

## TITLE

U.S.A. v. David Ray Hernandez (C)

Attorney(s) for Plaintiff(s): Tom O'Connell
Attorney(s) for Defendant(s): Jerry Fong

## PROCEEDINGS

Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The parties made a joint request to a Magistrate Judge for a Settlement Conference. For the reasons stated on the record the Court refers the parties to Magistrate Judge Richard Seeborg for a settlement conference. The parties are to contact Judge Seeborg's chambers to schedule the conference.

The Court set a Trial Setting/Disposition Hearing for January 14, 2008 at 1:30 PM. Time is excluded from December 3, 2007 through January 14, 2008 to accommodate the coordination of scheduling and potential resolution of the parties settlement conference.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: