UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:  1/14/2008**  **Court Reporter: Summer Clanton**
**Case No: CR-007-0506 JW**  **U.S. Probation Officer: N/A**
**Related Case No:   CR 07-0508 JW**  **Interpreter:   N/A**

## TITLE

U.S.A. v. David Ray Hernandez ( C)

**Attorney(s) for Plaintiff(s): Tom O'Connell**
**Attorney(s) for Defendant(s): Jerry Fong**

## PROCEEDINGS

**Disposition Hearing**

## ORDER AFTER HEARING

**Hearing Held.  Defendant present and in custody for proceedings.   The Defendant plead guilty as to Count ONE (1) of the Indictment in CR 07-0506 JW.  The plea agreement was executed in open court. The Government made a Motion to Dismiss Count TWO (2) of the Indictment in CR 07-0506 JW and the Indictment in CR 07-0508 JW USA v. David Ray Hernandez.  The Court referred this matter to the Probation office for preparation of a Presentence Investigation Report.  The Court submitted this motion until the date of sentencing.  The Court set April 28, 2008 at 1:30 PM for Judgment and Sentencing.**

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed/C. Escolano**
CC: