JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant
DAVID RAY HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE:   CR 07-00506 JW |
| --- | --- |
| Plaintiff, | CR 07-00508 JW |
| vs. | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING, AND [proposed] ORDER THEREON |
| DAVID RAY HERNANDEZ, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ., counsel for Defendant DAVID RAY HERNANDEZ that the date set for judgment and sentence which is currently set for Monday, April 28, 2008, be continued to Monday, June 2, 2008, at 1:30 pm.

Counsel for Defendant HERNANDEZ has been in a federal civil trial for the past three days and in preparation for said trial during the week preceding, so he has been unable to properly prepare for the sentencing hearing on Mr. HERNANDEZ, including meeting with the Defendant.

///

///

///

1    In this regard, defense counsel has contacted the probation officer, Ms. Lori Timmons, and she has no objection to this continuance.

IT IS SO STIPULATED.

DATED:  April 25, 2008                    CAREY & CAREY

                                          _____/s/_____
                                          JERRY Y. FONG, Attorneys for
                                          Defendant DAVID RAY HERNANDEZ


DATED:  ___4/25___, 2008                  UNITED STATES OF AMERICA

                                          _____/s/_____
                                          THOMAS M. O'CONNELL,
                                          Assistant U.S. Attorney


### ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of DAVID RAY HERNANEZ currently set for April 28, 2008, be continued to Monday, June 2, 2008, at 1:30 pm.


DATED:  _____, 2008                 _____
                                          HON. JAMES WARE
                                          U.S. DISTRICT COURT JUDGE