1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant
   DAVID RAY HERNANDEZ
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,          CASE:    CR 07-00506 JW
                                               CR 07-00508 JW
12              Plaintiff,
                                      STIPULATION TO CONTINUE
13         vs.                        DATE SET FOR JUDGMENT
                                      AND SENTENCING, AND
14 DAVID RAY HERNANDEZ,               [proposed] ORDER THEREON

15              Defendant.

16

17         ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL,

18  ESQ., attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ.,

19  counsel for Defendant DAVID RAY HERNANDEZ that the date set for judgment

20  and sentence which is currently set for Monday, April 28, 2008, be continued

21  to Monday, June 2, 2008, at 1:30 pm.

22         Counsel for Defendant HERNANDEZ has been in a federal civil trial for the

23  past three days and in preparation for said trial during the week preceding, so

24  he has been unable to properly prepare for the sentencing hearing on Mr.

25  HERNANDEZ, including meeting with the Defendant.

26  ///

27  ///

28  ///

In this regard, defense counsel has contacted the probation officer, Ms. Lori Timmons, and she has no objection to this continuance.

IT IS SO STIPULATED.

DATED: April 25, 2008        CAREY & CAREY

                    /s/
                    ─────────────────────────
                    JERRY Y. FONG, Attorneys for
                    Defendant DAVID RAY HERNANDEZ

DATED:  __4/25__, 2008        UNITED STATES OF AMERICA

                    /s/
                    ─────────────────────────
                    THOMAS M. O'CONNELL,
                    Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of DAVID RAY HERNANEZ currently set for April 28, 2008, be continued to Monday, June 2, 2008, at 1:30 pm.

DATED: _____, 2008        ─────────────────────────
                    HON. JAMES WARE
                    U.S. DISTRICT COURT JUDGE