1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant
   DAVID RAY HERNANDEZ
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,     | CASE:    CR 07-00506 JW
12 |        Plaintiff,             |          CR 07-00508 JW
13 |   vs.                         | STIPULATION TO CONTINUE
   |                               | DATE SET FOR JUDGMENT
14 | DAVID RAY HERNANDEZ,          | AND SENTENCING, AND
   |                               | [Proposed] ORDER THEREON
15 |        Defendant.             |

16

17     ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL,

18 ESQ., attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ.,

19 counsel for Defendant DAVID RAY HERNANDEZ that the date set for judgment

20 and sentence which is currently set for Monday, April 28, 2008, be continued

21 to Monday, June 2, 2008, at 1:30 pm.

22     Counsel for Defendant HERNANDEZ has been in a federal civil trial for the

23 past three days and in preparation for said trial during the week preceding, so

24 he has been unable to properly prepare for the sentencing hearing on Mr.

25 HERNANDEZ, including meeting with the Defendant.

26 ///

27 ///

28 ///

1  In this regard, defense counsel has contacted the probation officer, Ms. Lori Timmons, and she has no objection to this continuance.

  IT IS SO STIPULATED.

DATED: April 25, 2008          CAREY & CAREY

                               _____/s/_____
                               JERRY Y. FONG, Attorneys for
                               Defendant DAVID RAY HERNANDEZ


DATED:   4/25  , 2008          UNITED STATES OF AMERICA


                               _____/s/_____
                               THOMAS M. O'CONNELL,
                               Assistant U.S. Attorney



## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of DAVID RAY HERNANDEZ currently set for April 28, 2008, be continued to Monday, June 2, 2008, at 1:30 pm.


DATED:  April 25 , 2008        _____
                               HON. JAMES WARE
                               U.S. DISTRICT COURT JUDGE