UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** June 2, 2008 | **Court Reporter:** Peter Torreano |
| **Case No.:** CR-07-0506 JW | **U.S. Probation Officer:** Lori Timmons |
| **Related Case No.:** CR-07-0508 JW | **Interpreter:** N/A |

TITLE

U.S.A. v. David Ray Hernandez ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Jerry Fong

PROCEEDINGS

1. Judgment and Sentencing as to Ct. 1 in CR-07-0506 JW
2. Govt Motion to Dismiss Ct. 2 in CR-07-506 JW and Indictment in CR 07-0508 JW

ORDER AFTER HEARING

Hearing Held. Defendant Hernandez present and in custody for proceedings. The Court sentenced the Defendant as to Count One (1) in CR 07-506 JW USA v. David Ray Hernandez. The Defendant is committed to 120 months BOP custody, 4 years supervised release under the standard and Court imposed special conditions, $100 special assessment. The Government moved to dismiss Count Two (2) in CR-07-0506 JW and the Indictment in CR-07-0508 JW USA v. David Ray Hernandez. The Court GRANTED the Government's Motion to Dismiss. The Defendant is remanded to the custody of the United States Marshal Service.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **C. Escolano/E-filed**
CC: