**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | NO. CR 07-00506-2 JW |
|---|---|
| Plaintiff, | **SEALING ORDER PURSUANT TO GENERAL ORDER 54** |
| v. | |
| DAVID RAY HERNANDEZ, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

  **X**    Presentence Report

  ___    Plea Agreement

  X    Statement of Reasons

  ___    _____
      (Other)

Dated: June 5, 2008

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

United States Probation Office
United States Marshal Service
280 South First Street
San Jose CA 95113

**Dated: June 6, 2008**                              **Richard W. Wieking, Clerk**

**By:** *Elizabeth C. Garcia*
      **Elizabeth Garcia**
      **Courtroom Deputy**